1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Marcos D. Sasso, Esq. (SBN 228905)
sassom@ballardspahr.com
Susan N. Nikdel (SBN 317921)
nikdels@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
 SPECIALIZED LOAN SERVICING
   LLC

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC T. MITCHELL, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:20-CV-10455<br><br>**NOTICE OF REMOVAL**<br><br>(Pursuant to 28 U.S.C. § 1331 – Federal Question) |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. Sections 1331, 1441(a), and 1446[1], defendant Specialized Loan Servicing LLC ("SLS") hereby removes the action entitled *Eric T. Mitchell v. Specialized Loan Servicing, LLC, et al.*, Superior Court of the State of California, County of Los Angeles, Case No. 20STCV37533 (the "Action"), to the United States District Court for the Central District of California on the following grounds:

1.     Removal Is Timely.  The Complaint was received and served on SLS on October 16, 2020.  SLS has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because it has filed it within 30 days of receipt and service of the Complaint, and within one year after "commencement of the action" in state court. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings in the Action and received by SLS are attached as Exhibit A.

2.     This Court Has Removal Jurisdiction Over This Action.  The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one that SLS may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that Plaintiff alleges violations of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (the "FCRA") (*see* Compl., ¶¶ 1, 17-53, 71-87), a claim that is created by, and arises under, federal law.  To the extent Plaintiff's other claims in the Action arise under state law, including Cal. Bus. & Prof. Code § 17200, *et seq.*, and the common law breach of contract and negligence claims, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441 (c).

---

[1] While SLS denies any liability or that class certification is appropriate in this matter, there may be additional grounds for removal based on 28 U.S.C. § 1332(a), (d).

NOTICE OF REMOVAL

3.      <u>Proper Jurisdiction</u>.  This Court is the proper district court for removal because the Superior Court of the State of California for the County of Los Angeles is located within the jurisdiction of the United States District Court for the Central District of California.

4.      <u>Notice Has Been Effected</u>.  SLS concurrently is filing a copy of this Notice of Removal of Action with the Superior Court of the State of California for the County of Los Angeles.  SLS will concurrently serve Plaintiff with copies of this Notice of Removal and the Notice filed in the Action.

Dated: November 16, 2020

BALLARD SPAHR, LLP
MARCOS D. SASSO
SUSAN N. NIKDEL


By:     <u>/s/ Marcos D. Sasso</u>
Marcos D. Sasso

Attorneys for Defendant
SPECIALIZED LOAN SERVICING LLC

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is **BALLARD SPAHR LLP**, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915.  On November 16, 2020, I served the within documents:

## NOTICE OF REMOVAL

☐   **BY PERSONAL DELIVERY**:  by causing personal delivery by First Legal Network of the document(s) listed above to the person(s) at the address(es ) set forth below.

☑   **BY MAIL**:  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐   **BY E-MAIL**:  by attaching an electronic copy of the document(s) listed above to the e-mail address listed below.

☐   **BY OVERNIGHT MAIL**:  by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

Caleb Marker                                   *Attorneys for Plaintiff*
Flinn T. Milligan
Arielle M. Canepa
Zimmerman Reed, LLP
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
Telephone: (877) 500-8780
Facsimile:   (877) 500-8781
caleb.marker@zimmreed.com
flinn.milligan@zimmreed.com
arielle.canepa@zimmreed.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 16, 2020 at Los Angeles, California.

_____
Shari L. Green

Error! Unknown document property name.

CERTIFICATE OF SERVICE