CALEB MARKER (SBN 269721)
  Email: caleb.marker@zimmreed.com
FLINN T. MILLIGAN (SBN 323042)
  Email: flinn.milligan@zimmreed.com
ARIELLE M. CANEPA (SBN 329546)
  Email: arielle.canepa@zimmreed.com
ZIMMERMAN REED LLP
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

*Attorneys for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC T. MITCHELL, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO.: 2:20-cv-10455-SB-PD<br><br>**SUPPLEMENTAL JOINT RULE 26(f) REPORT**<br><br>SCHEDULING CONFERENCE set for February 26, 2021.<br><br>(Assigned to the Honorable Stanley Blumenfeld, Jr.) |

Pursuant to the Court's February 12, 2021 Order [Doc. 20], the parties, by and through their respective attorneys of record as set forth below, hereby submit their Supplemental Joint Rule 26 Scheduling Report. At the February 12, 2021 conference the Court requested a supplemental report regarding issues pertaining to: (1) whether this matter will proceed by way of a jury or court trial; and; 2) whether there is going to be a procedural vehicle that the parties intend to utilize to close the issue of the legality of AW code reporting. [Doc. 20].

A.   **Request for Jury Trial**

Both Plaintiff's initial Complaint, initially filed in the Los Angeles Superior Court and removed to this Court (ECF. No. 1), and Amended Complaint (ECF No. 10) included requests for a jury trial. Plaintiff submits that his claims, including those for violation of the Fair Credit Reporting Act (Counts I and II), violation of California Consumer Credit Reporting Agencies Act Claim (Count III), Breach of Contract (Count IV) and Negligence (Count VI) are properly tried to a jury. *See Ramirez v. TransUnion, LLC*, 951 F.3d 1008, 1031 (9th Cir. 2020), *cert. granted in part*, 2020 WL 7366280 (Mem) (Dec. 16, 2020) (jury trial under FCRA); *Kim v. BMW Financial Services, LLC*, 142 F.Supp.3d 395 (C.D. Cal. 2015), *aff'd* 702 Fed. Appx. 561 (9th Cir. 2017) (noting jury trial on FCRA, CCRAA and other related claims).

B.   **Proposed Procedure for comment code issue.**

As set forth in the Joint Rule 26(f) Report [Doc. 19], a threshold and central issue in this action is whether SLS properly reported Plaintiff's account, subject to a forbearance plan, to CRAs.

Plaintiff alleges that the CARES Act prohibits mortgage servicers like Defendant from reporting loans in forbearance agreements due to the COVID-19 emergency as late, non-current or otherwise in a negative manner to CRAs. Plaintiff alleges, *inter alia*, that by reporting his account incorrectly, and/or failing to take additional steps to confirm that the account was consistently maintained on credit reports made available through CRAs as current and in a non-negative manner, throughout the agreed period of forbearance,

Defendant violated the CARES Act, the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*("FCRA"), California Consumer Credit Reporting Act, Cal; Civil Code §1785.25(a) *et seq*. ("CCRAA"), the Unfair Competition Law, Cal. Bus & Prof. Code § 17200 et seq. ("UCL"), their contracts with Plaintiff and the Class and other law.

Defendant SLS submits that it properly reported Plaintiff's account during the forbearance plan as "status 11 (current account), comment code AW (affected by natural or declared disaster) and ECOA of 1 (Individual)". Defendant SLS submits this reporting is truthful, accurate, and consistent with the FCRA and CARES Act, California law, the forbearance plan, the Metro II guidelines, CFPB guidance, and guidance SLS received from Experian and FICO relating to reporting during the pandemic.

The resolution of this central and threshold dispute relating to SLS's credit reporting, and related issues, will streamline the resolution of this action. In accordance with Rule 1 and 26, the parties propose that the parties conduct reasonable and targeted discovery on these issues and file dueling motions for summary judgment on the following schedule:

Discovery period: February 22, 2021-May 10, 2021;

Parties' Opening Briefs on Motions for Partial Summary Judgment: May 13, 2021;

Parties' Opposition Brief: June 3, 2021;

Hearing: June 17-18, 2021.

If the Court agrees with this proposed schedule, SLS agrees to waive the one-way intervention rule for the dueling motions for summary judgment proposed herein.. *See Villa v. San Francisco Forty-Niners, Ltd.*, 104 F. Supp. 3d 1017, 1021 (N.D. Cal. 2015) (In the absence of an express or implied waiver by the defendant, courts appear unwilling to exercise their discretion to consider pre-certification summary judgment motions filed by plaintiffs.).

/ / /

/ / /

/ /

**ZIMMERMAN REED, LLP**

Dated: February 17, 2021     By: /s/ Caleb Marker
Caleb Marker (SBN 269721)
Flinn Milligan (SBN 323042)
Arielle Canepa (SBN 329546)
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile
Email: caleb.marker@zimmreed.com
flinn.milligan@zimmreed.com
arielle.canepa@zimmreed.com

*Attorneys for Plaintiff and the putative class*

**BALLARD SPAHR LLP**

Dated: February 17, 2021     By: /s/ Marcos D. Sasso (w/permission)
Marcos D. Sasso (SBN 228905)
Susan N Nikdel (SBN 317921)
2029 Century Park East, Suite 1400
Los Angeles, CA 90069-2915
(424) 204-4367 Telephone
(424) 204-4350 Facsimile
Email: sassom@ballardspahr.com
nikdels@ballardsparh.com

Matthew A Morr (*Pro Hac Vice*)
1225 Seventeenth St., Suite 2300
Denver, CO 80202-5596
(303) 292-2400 Telephone
(303) 296-3956 (Facsimile)
Email: _____

*Attorneys for Defendant*

## ATTESTATION

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filed attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**ZIMMERMAN REED, LLP**

Dated: February 17, 2021   By: /s/ Caleb Marker
                                Caleb Marker (SBN 269721)