JS-6

FILED
CLERK, U.S. DISTRICT COURT

December 27, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC T. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC,<br><br>Defendant. | Case No. 2:20-cv-10455-SB-PD<br><br><br>**FINAL JUDGMENT** |

For the reasons set forth in the order granting Defendant's motion for summary judgment entered this day, it is

ORDERED AND ADJUDGED that Plaintiff Eric T. Michell's claims against Defendant Specialized Loan Servicing LLC are DISMISSED on the merits with prejudice.

This is a Final Judgment.


Dated:  December 28, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE